IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jeffrey Alan Bolduc, | ) | C/A No.: 0:15-cv-04721-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 22, 2017, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. In the motion, Plaintiff requested attorney's fees in the amount of $4,576.41 and costs in the amount of $400.00. On June 29, 2017, the Commissioner filed a response in support of Plaintiff's motion indicating no objection to an award of $4,576.41 in attorney's fees and $400.00 in costs. The Commissioner noted, however, that the fees awarded should be paid to the prevailing party and not the attorney and would be subject to the Treasury Offset Program if the prevailing party owes a debt to the government.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of $4,576.41 in attorney's fees and $400.00 in costs pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to her attorney,

with a copy to the claimant.

    **IT IS SO ORDERED**.

|  |  |
|---|---|
| June 30, 2017 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
|  | United States District Judge |